✓ FILED ____ ENTERED
____ LOGGED _____ RECEIVED

**4:07 pm, Jul 03 2024**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

JTW: 07.01.24
USAO 2024R00119

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** JRR 24CR213 |
| | * | |
| **v.** | * | **(Firearms Trafficking, 18 U.S.C. § 933;** |
| | * | **Straw Purchase of Firearms, 18 U.S.C.** |
| **BRIAN KEITH ADAMS,** | * | **§ 932; Felon in Possession of Firearm,** |
| **RODNEY ALLEN FARRAR,** | * | **18 U.S.C. § 922(g)(1); Possession of** |
| | * | **Firearm in Furtherance of Drug** |
| **Defendants** | * | **Trafficking Crime, 18 U.S.C. § 924(c);** |
| | * | **Distribution of Controlled Substances,** |
| | * | **21 U.S.C. 841(a); Forfeiture, 18 U.S.C.** |
| | * | **§§ 924(d) and 934(a)(1), 21 U.S.C. §** |
| | * | **853, 28 U.S.C. § 2461(c))** |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**(Conspiracy to Commit Firearms Trafficking)**

The Grand Jury for the District of Maryland charges that:

From at least on or about February 15, 2024 continuing through the date of this

Indictment, in the District of Maryland, the Western District of North Carolina, the District of

South Carolina, and elsewhere, the defendants,

**BRIAN KEITH ADAMS and**
**RODNEY ALLEN FARRAR,**

as listed below, did knowingly combine, conspire, confederate, and agree together with each other

and persons known and unknown to the Grand Jury to ship, transport, transfer, cause to be

transported, and otherwise dispose of firearms, including the following:

| DATE | FIREARMS |
|---|---|
| 02.16.2024 | One (1) Colt Agent .38 special revolver bearing serial number AB02432<br>One (1) Taurus G2C .40 caliber pistol bearing serial number AEB082876 |

| | |
|---|---|
| | One (1) Taurus G2C 9mm pistol bearing serial number AED287466<br>One (1) Smith and Wesson M&P 9 Shield Plus 9mm pistol bearing serial number JRN6756 |
| 02.28.2024 | One (1) Glock GMBH 33 Gen 4 pistol bearing serial number BTYV942<br>One (1) SCCY Industries DVG-1 pistol bearing serial number D018176<br>One (1) Ruger P94 pistol bearing serial number 34084519<br>One (1) Smith & Wesson SD9 VE pistol bearing serial number FYC3818<br>One (1) Smith & Wesson M&P 9c pistol bearing serial number HLX0447<br>One (1) Husan Arms MKA-1919 shotgun bearing serial number G2002060<br>One (1) Taurus G3 pistol bearing serial number ADC134421 |
| 03.06.2024 | One (1) Palmetto Dagger Compact pistol bearing serial number FG093080<br>One (1) Smith and Wesson SD40 pistol bearing serial number FBB2022<br>One (1) Radical Firearms RF-15 AR-style pistol bearing serial number 2112815<br>One (1) DPMS Panther Arms A-15 rifle bearing serial number DNWC022933<br>One (1) Glock 21 Gen 4 pistol bearing serial number AGKK542<br>One (1) Kel-Tec P-11 pistol bearing serial number AJ299 |
| 03.21.2024 | One (1) TISAS 1911 Carry B9 pistol bearing serial number T0620-22AL00583<br>One (1) FN Reflex pistol bearing serial number CCW0006849<br>One (1) Grand Power K100 X-Trim pistol bearing serial number GBA1547<br>One (1) Glock 27 GEN 4 pistol bearing serial number VHE281<br>One (1) Sig Sauer P290RS pistol bearing serial number 26C002759<br>One (1) Smith &Wesson M&P 9 M2.0 pistol bearing NHH0729<br>One (1) Smith & Wesson M&P 40 M2.0 Compact pistol bearing serial number JNK0100<br>One (1) Combat Armory CA19 pistol bearing serial number 99007528<br>Two (2) privately made AR-style pistols with no serial numbers |
| 04.05.2024 | One (1) Century Arms VSKA Rifle serial number SV7050101<br>One (1) Radical firearms RF-15 pistol serial number 20-052562<br>One (1) Ruger 95 DC chambered in 9mm serial number 311-82892<br>One (1) Glock 43X pistol chambered in 9mm serial number AHYD628<br>One (1) Bersa Thunder chambered in 380 serial number E73394<br>One (1) Taurus PT940 chambered in 40 caliber serial number S1Y76690X<br>One (1) Taurus TCP chambered in 380 serial number 38951R<br>One (1) Taurus G2C chambered in 9mm pistol serial number TMS42975<br>One (1) Rohm RG38 revolver serial number 65284<br>One (1) H&R Model 925 pistol .38 caliber pistol serial number AE42473<br>One (1) Ruger LC9s pistol chambered in 9mm serial number 329-46659<br>One (1) Ruger LCP MAX pistol chambered in 380  serial number 380920469<br>One (1) Palmetto State Armory pistol chambered in 9mm serial number SC901147<br>One (1) Starfire pistol serial number 702591<br>One (1) SAR 9 pistol 9mm serial number  T1102-19BV06433<br>One (1) Sig Sauer SP2022 pistol chambered in 9mm serial number 24D027402<br>One (1) Canik Arms METE MC9 pistol serial number 23CT14985<br>One (1) Grand Power chambered in P11 serial number 9mm MK12GPD0139 |
| 04.30.2024 | One (1) Stoeger 1873 serial number UF5064<br>One (1) Taurus 605 serial number ACM659023<br>One (1) Glock Model 23 pistol .40 caliber serial number BCXU930 |

| | |
|---|---|
| | One (1) Tristar Model T100 serial number 16AK00617<br>One (1) Springfield Armory Model XDS9 pistol serial number S3809818<br>One (1) Tristar Model C100 pistol serial number 16AK00617<br>One (1) Glock Model 27 .40 caliber pistol serial number VHE296<br>One (1) Glock Model 27 .40 caliber pistol serial number SHX227<br>One (1) Glock Model 19 .40 caliber pistol serial number BDUT117<br>One (1) Beretta Model CORTC-M1934 serial number 609113<br>One (1) SCCY Model CPX2 pistol serial number 664340<br>One (1) Glock Model 42 pistol serial number ACFA021<br>One (1) Ruger Model P94DC pistol serial number 308-55509<br>One (1) High Standard Model Sentinel MK2 revolver serial number H18543<br>One (1) Smith & Wesson Model M&P 40 pistol serial number DWS5394<br>One (1) GSG Model 1911 pistol serial number A845161<br>One (1) Diamondback Arms Model DB15 rifle serial number DB1917802<br>One (1) Harrington & Richardson Model 732 pistol serial number AJ61550<br>One (1) KelTec Model P32 pistol serial number 609113 |
| 05.14.2024 | One (1) Sig Sauer P250 pistol serial number EAK179394<br>One (1) Shadow Systems CR920 pistol serial number S023914<br>One (1) CZ P-10F pistol serial number UB17492<br>One (1) Glock 26 pistol serial number BWHV623<br>One (1) Taurus 85 .38 special revolver serial number EA41599 |
| 05.30.2024 | One (1) Canik TP9SF chambered in 9mm serial number T6472-19AT01156<br>One (1) Ruger Security Nine chambered in 9mm serial number 381-73127<br>One (1) Glock 22 40 S&W serial number YDP093<br>One (1) CZ 2075 Rami chambered in 9mm serial number B045936<br>One (1) Springfield Armory XD9 chambered in 9mm serial number BA719022<br>One (1) Taurus G2C 9 chambered in 9mm serial number TLP16970<br>One (1) Taurus G3C 9 chambered in 9mm serial number ADB021445<br>One (1) Llama Minimax 45 serial number 71-04-03324<br>One (1) Springfield XDM9 chambered in 9mm serial number MG739705<br>One (1) Shadow Systems MR920 chambered in 9mm serial number SSC020857<br>One (1) Palmetto State Armory Dagger chambered in 9mm serial number CD019426<br>One (1) Taurus G3 chambered in 9mm serial number ADE342078<br>One (1) FSAAP FR-16 (AR Pistol) chambered in 5.56/223 serial number A02833<br>One (1) ZRODELTA Ready Series (AR Pistol) serial number ZAR09973<br>One (1) Sig Sauer P320 chambered in .357 SIG serial number 58C033199<br>One (1) Glock 43 chambered in 9mm serial number ABSS627<br>One (1) SCCY CPX1 chambered in 9mm serial number 706867<br>One (1) Colt Double Eagle MK2-Series 90 serial number DF04166<br>One (1) Taurus G3XL chambered in 9mm serial number ADB943348<br>One (1) Llama Unknown Model chambered in .380 Auto serial number A37468<br>One (1) Sig Sauer P250 chambered in 9mm serial number 57C003744 |
| 06.05.2024 | One (1) Wilson Combat pistol frame serial number M18100154 with Sig Sauer P320 slide<br>One (1) Smith & Wesson M&P9 with obliterated serial number<br>One (1) Glock 27 Gen 4 pistol serial number SHX228 |

| | One (1) Beretta APX serial number A203938X |
|---|---|
| | One (1) Taurus PT908 pistol serial number TOD64999 |
| 06.20.2024 | One (1) CZ Shadow serial number G193979 |
| | One (1) Taurus revolver chambered in .357 serial number LU474765 |
| | One (1) Glock 17 Gen 5 chambered in 9mm serial number BMWU451 |
| | One (1) Palmetto State Armory 57 Rock chambered in .57 serial number RC009023 |
| | One (1) Taurus G2C chambered in 9mm serial number AEK752210 |
| | One (1) Springfield Armory Hellcat chambered in 9mm serial number BB302808 |
| | One (1) SCCY CPX-1 chambered in 9mm serial number 248347 |

to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. 933(a)(3)

## COUNT TWO
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about February 16, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and**
**RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of  firearms - that is, one Taurus G2C 9mm pistol serial number AED287466, one Smith &Wesson  M&P 9 Shield Plus 9 mm pistol serial number JRN6756, one Taurus G2C .40 caliber pistol serial number AEB082876, and one Colt Agent .38 caliber Revolver serial number AB02432 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT THREE
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about February 28, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms - that is, one Ruger P94 pistol serial number 34084519, one Smith & Wesson  SD9 VE 9 mm pistol serial number FYC3818, one Taurus G3C 9mm pistol serial number ADC134421, one Glock GMBH 33 Gen4 pistol serial number BTYV942, one Smith & Wesson M&P 9c pistol serial number HLX0447, one Husan Arms MKA-1919 shotgun serial number G2002060, and one SCCY Industries DVG-1 pistol serial number D018176 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

**COUNT FOUR**
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about March 6, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and**
**RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms - that is, one Palmetto Dagger compact pistol serial number FG093080, one Smith & Wesson SD40 pistol serial number FBB2022, one Glock 21 Gen4 pistol serial number AGKK542, one Radical Firearms RF-15 AR-style pistol serial number 2112815, one Kel-Tec P-11 pistol serial number AJ299, and one DPMS Panther Arms A-15 rifle serial number DNWC022933 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT FIVE
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about March 21, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms - that is, one FNH Reflex 9 mm pistol serial number CCW0006849, one Smith & Wesson  M&P 40 M2.0 Compact 9 mm pistol serial number JNK0100, one Grand Power K-100 X-Trim 9 mm pistol serial number GBA1547, one Smith & Wesson M&P 9 M2.0 9 mm pistol serial number NHH0729, one TISAS 1911 Carry B9 9mm pistol serial number T0620-22AL00583, one Glock 27Gen4 .40 caliber pistol serial number VHE281, one Sig Sauer P290RS 9mm pistol serial number 26C002759, one Combat Armory CA19 9mm pistol serial number 99007528, and two privately manufactured AR-style firearms with no serial numbers - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT SIX
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms -  that is,

one Taurus PT940 pistol serial number S1Y76690X, one Century Arms VSKA Rifle serial number

SV7050101, one Radical Firearms RF-15 pistol serial number 20-052562, one Ruger 95DC 9mm

pistol serial number 311-82892, one Glock 43X 9mm pistol serial number AHYD628, one Bersa

Thunder pistol serial number E73394, one Taurus TCP pistol serial number 38951B, one Taurus

G2C 9mm pistol serial number TMS42975, one Rohm RG38 revolver serial number 65284, one

H&R Model 925 .38 caliber pistol serial number AE42473, one Ruger LC9S 9mm pistol serial

number 329-46659, one Palmetto State Armory Dagger 9mm pistol serial number SC901147, one

Star DK 380 pistol serial number 702591, one Sar  9 pistol serial number  T1102-19BV06433, one

Sig Sauer SP2022 9mm pistol serial number 24D027402,   Ruger LCP Max 380 pistol serial

number 380920469, one Canik Arms Mete MC9 pistol serial number 23CT14985, and one Grand

Power P11 MK12 9mm pistol serial number GPD0139  - to another person in and otherwise

affecting interstate and foreign commerce, knowing and having reasonable cause to believe that

the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT SEVEN
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about May 14, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms - that is, one CZ P-10F serial number UB17492, one Sig Sauer P250 9mm pistol serial number EAK179394, one Shadow Systems CR920 9mm pistol serial number S023914, one Glock 26 9mm pistol serial number BWHV623, and one Taurus 85 revolver 38 caliber serial number EA41599 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT EIGHT
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2024, in the District of Maryland, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms - that is, one Wilson Combat pistol frame serial number M18100154 with a Sig Sauer P320 slide, one Smith & Wesson M&P9 pistol with an obliterated serial number, one Glock 27 Gen 4 pistol serial number SHX228, one Beretta APZ pistol serial number A203938X, and one Taurus PT908 pistol bearing serial number TOD64999 - to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT NINE
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2024, in the District of Maryland, the defendant,

### BRIAN KEITH ADAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms - that is, one Wilson Combat pistol frame serial number M18100154 with a Sig Sauer P320 slide, one Smith & Wesson M&P9 pistol with an obliterated serial number, one Glock 27 Gen 4 pistol serial number SHX228, one Beretta APZ pistol serial number A203938X, and one Taurus PT908 pistol bearing serial number TOD64999 - and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

<u>**COUNT TEN**</u>
**(Distribution of and Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2024, in the District of Maryland, the defendant,

**BRIAN KEITH ADAMS,**

knowingly distributed and possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)

21 U.S.C. §841(b)(1)(A)

## COUNT ELEVEN
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2024, in the District of Maryland, the defendant,

**BRIAN KEITH ADAMS,**

knowingly possessed a firearm – that is, a loaded, black 10mm semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841, as charged in Count Ten of this Indictment and incorporated here.

18 U.S.C. § 924(c)

## COUNT TWELVE
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2025, in the District of Maryland, the defendant,

### RODNEY ALLEN FARRAR,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms - that is, one Taurus PT940 pistol serial number S1Y76690X, one Century Arms VSKA Rifle serial number SV7050101, one Radical Firearms RF-15 pistol serial number 20-052562, one Ruger 95DC 9mm pistol serial number 311-82892, one Glock 43X 9mm pistol serial number AHYD628, one Bersa Thunder pistol serial number E73394, one Taurus TCP pistol serial number 38951B, one Taurus G2C 9mm pistol serial number TMS42975, one Rohm RG38 revolver serial number 65284, (1) H&R Model 925 .38 caliber pistol serial number AE42473, one Ruger LC9S 9mm pistol serial number 329-46659, one Palmetto State Armory Dagger 9mm pistol serial number SC901147, one Star DK 380 pistol serial number 702591, one Forehand & Wadsworth Terror .22 caliber single shot derringer serial number 8793, one Sar 9 pistol serial number T1102-19BV06433, one Sig Sauer SP2022 9mm pistol serial number 24D027402, one Ruger LCP Max 380 pistol serial number 380920469, one Canik Arms Mete MC9 pistol serial number 23CT14985, and Grand Power P11 MK12 9mm pistol serial number GPD0139—and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT THIRTEEN
### (Straw Purchasing of Firearms Conspiracy)

The Grand Jury for the District of Maryland further charges that:

From at least on or about February 9, 2024 continuing through the date of this Indictment, in the District of Maryland, the Western District of North Carolina, the District of South Carolina, and elsewhere, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

did knowingly combine, conspire, confederate, and agree together with each other and persons known and unknown to the Grand Jury to purchase firearms in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another person, knowing or having reasonable cause to believe that such other person intends to dispose of the firearms in furtherance of a felony firearms trafficking in violation of 18 U.S.C. § 933.

18 U.S.C. 932(b)(2)

16

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 934(a)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under any of the offenses alleged in Counts One through Thirteen of this Indictment.

### Narcotics Forfeiture

2.      Upon conviction of the offense alleged in Count Twelve of this Indictment, the defendant,

**BRIAN KEITH ADAMS,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

      a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

      b.  any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Firearms Trafficking Forfeiture

3.      Upon conviction of the offense(s) alleged in Counts One through Eight or Thirteen of this Indictment, the defendants,

**BRIAN KEITH ADAMS and**
**RODNEY ALLAN FARRAR,**

shall forfeit to the United States, pursuant to 18 U.S.C.§ 934(a)(1):

      a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

17

b.  any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

4.      Upon conviction of the offense(s) alleged in Counts One through Eleven or Thirteen of this Indictment, the defendants,

**BRIAN KEITH ADAMS and
RODNEY ALLEN FARRAR,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

### Property Subject to Forfeiture

5.      The property to be forfeited includes, but is not limited to: a forfeiture money judgment in the amount of proceeds each defendant obtained as a result of any of the offenses alleged in Counts One through Eight, Twelve, or Thirteen of this Indictment.

### Substitute Assets

6.      If, as a result of any act or omission of any defendant, any of the property described above as being subject to forfeiture:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18

18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron /KyH
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: July 3, 2024

19